IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 SEP 14 P 3:12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PETER JAMES AND JULIA JAMES as the Personal Representatives of the Estate of KINTAE OMAR JAMES, Deceased, | ) ) ) ) ) ) |
| Plaintiffs, | ) CASE NO.: ) ) 3:07CV835-WKW ) |
| v. | ) ) |
| DONALD EDWARD FORD, DON'S FINE FOODS, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

COMES NOW the Defendant, Donald Edward Ford individually and d/b/a Don's Fine Foods, a sole proprietorship, and pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, hereby removes this cause from the Circuit Court of Russell County, Alabama, wherein it is now pending, to the United States District Court for the Middle District of Alabama, Eastern Division, and shows unto this Court as follows:

### REMOVAL PROCEDURE

1. Plaintiffs Peter James and Julia James as the personal representatives of the Estate of Kintae Omar James, Deceased, instituted this action on or about February 12, 2007, by filing a Complaint in the Circuit Court of Russell County, Alabama. A copy of all pleadings and process filed with the Russell County Circuit Court in this action has been attached hereto as Exhibit "A".

2. Service of the Summons and Complaint was improperly attempted on the Defendant at 2206 Fourth Avenue, Phenix City, Alabama 36867, which was not his residence. At all times related hereto, the Defendant was, and continues to be, a resident of the state of Georgia.

3. The Defendant was unaware of the existence of this lawsuit until August 15, 2007, when he was served in Georgia, via special process server.

4. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

5. A copy of this notice of removal has been filed this day with the Clerk of the Circuit Court of Russell County, Alabama, as provided by law, and is being served upon all counsel of record. A copy of the Notice to the Clerk of the Circuit Court of Russell County is attached hereto as Exhibit "B".

## PARTIES

6. Plaintiffs do not state their residency in the Complaint, however counsel for the Defendant today confirmed by phone with the office of the Judge of Probate for Russell County, Alabama, that the Plaintiff's Estate was in fact filed in Russell County, Alabama. See Exhibit C. The Defendant has requested a certified copy of those records. See Exhibit D.

7. Defendant resides in Columbus, Georgia, and is a citizen of the State of Georgia, for diversity purposes.

## PLAINTIFFS' CAUSES OF ACTION

8. As set forth in the Complaint, Plaintiffs have alleged claims of negligence, gross negligence, and wantonness against the Defendant, arising out of an incident that took place on or about March 8, 2005, in Phenix City, (Russell County), Alabama (Complaint, ¶ 3).

9. As a result of the incident which forms the basis of this lawsuit, the Plaintiffs' decedent was shot and expired.

10. The Plaintiffs claim that the Defendant "maliciously shot the decedent while the decedent was inside Don's Fine Foods, and continued to shoot the decedent as he was fleeing from said store." (Complaint, ¶¶ 9, 14).

11. While the Plaintiffs make no specific dollar demand in their Complaint, this matter is a wrongful death claim pursuant to Alabama Code § 6-5-410. As such, a jury may logically award a judgment in excess of $75,000.00 should the Plaintiffs be able to prove their claims of malice, wantonness, recklessness, gross negligence, and/or negligence, involving a shooting death of the Decedent. Because this matter is a wrongful death case, the only damages available to the Plaintiff are punitive damages, increasing the reasonably expected award.

## DIVERSITY JURISDICTION

12. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and 374 F.3d 1022.

13. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and 374 F.3d 1022.

14. As demonstrated in paragraphs 6 and 7 above, because the Plaintiff's estate is a domiciled in Russell County, Alabama, and the Defendant is a resident of Georgia, there is complete diversity of citizenship between all parties to this action. (See ¶¶ 6,7 above).

## CONCLUSION

WHEREFORE, THE PREMISES CONSIDERED, Defendant Donald Edward Ford, individually and d/b/a Don's Fine Foods, requests that this Court consider this notice as provided by law governing the removal of cases to this Court; that this Court will make the proper orders to achieve the removal of this cause from the Circuit Court of Russell County, Alabama, to this Court; and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in the Circuit Court of Russell County, Alabama.

Respectfully submitted this the 14th day of September, 2007.

T. RANDALL LYONS (LYO006)
MICHAEL L. WHITE (WHI095)

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 14th day of September, 2007.

Brian P. Strength
Valerie Rucker Russell
Jock M. Smith
Cochran, Cherry, Givens & Smith
Post Office Box 830419
Tuskegee, Alabama 36083

_____
OF COUNSEL



AV50300

ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
SUMMONS

CV 2007 000041.00
ALBERT L. JOHNSON

IN THE CIRCUIT COURT OF RUSSELL COUNTY
PETER JAMES ET AL VS DONALD EDWARD FORD ET AL

SERVE ON: (D001)

FORD DONALD EDWARD
2869 EDGEWOOD ROAD
COLUMBUS            , GA  31902-0000

PLAINTIFF'S ATTORNEY
RUSSELL VALERIE RUCKER
PO. BOX 830419
TUSKEGEE            , AL  36083-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

(X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 07/31/2007

CLERK: KATHY COULTER    BY:
PO BOX 518
PHENIX CITY  AL  36868-0518
(334)298-0516

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE)
    (RETURN RECEIPT HERETO ATTACHED)

(X) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO DONALD FORD
IN MUSCOGEE COUNTY, ALABAMA ON (DATE) 08/15/2007
DATE August 15, 2007
SERVER ADDRESS 219 12 ST Columbus GA 31901 Apt 911
SERVER SIGNATURE
TYPE OF PROCESS SERVER

OPERATOR: JBC
PREPARED: 07/31/2007

EXHIBIT A
Blumberg No. 5118

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| PETER JAMES AND JULIA JAMES AS THE PERSONAL REPRESENTATIVES OF THE ESTATE OF KINTAE OMAR JAMES, DECEASED<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD EDWARD FORD, DON'S FINE FOODS, Fictitious Defendants "A", "B", & "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries & damages to the Plaintiffs, all of whose true & correct names are unknown to Plaintiffs at this time, but will be added by amendment when ascertained,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: CV 07-41<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW the Plaintiffs, Peter James and Julia James, as the personal representatives of the Estate of Kintae Omar James, deceased, and file this complaint against the above referenced Defendants for the wrongful death of the decedent pursuant to Alabama Statute, Section 6-5-410 et seq, known as "Alabama Wrongful Death Act" and in support thereof states as follows:

### Parties

1. Peter James and Julia James are the Personal Representatives of the Estate of Kintae Omar James, deceased, (hereinafter referred to as "decedent"). As the personal representatives of the Estate of the decedent, they are entitled to file this action pursuant to the provisions of the Code of Alabama, (1975).

2. Donald Edward Ford, upon information and belief, is an adult resident of Georgia and is the owner and operator of Don's Fine Foods. Said Defendant is being sued as in his individual capacity and also as the owner, operator and/or employee of Don's Fine Foods.

3. Don's Fine Foods is believed to be an entity organized in the State of Alabama with its principal place of business located in the Russell County, Alabama with its physical address being 2206 Fourth Avenue, Phenix City, Alabama, 36867.

4. Fictitious Defendants "A", "B", and "C" being those individuals, partnerships and corporations whose names are currently unknown to Plaintiffs, who in any way participated in the wrongs alleged herein, and who will be added by amendment once ascertained.

5. All Defendants listed above are collectively referred to herein as "Defendants".

## FACTUAL ALLEGATIONS

6. Plaintiffs are informed and believe and based thereon allege that on March 8, 2005, Defendant Donald Edward Ford maliciously shot the decedent while the decedent was inside Don's Fine Foods and continued to shoot the decedent as he was fleeing from said store.

7. The decedent died as a direct result of the injuries received from the gunshots.

### Count One

8. Plaintiffs re-allege all prior paragraphs of the Complaint as if set out here in full.

9. Plaintiffs are informed and believe and based thereon allege that on March 8, 2005, Defendant Donald Edward Ford maliciously shot the decedent while the decedent was inside Don's Fine Foods and continued to shoot the decedent as he was fleeing from said store.

10. The decedent died as a direct result of the injuries received from the gunshots.

11. Defendants' conduct, acts, and omissions were negligent or were willful and reckless or constituted gross negligence and/or wantonness. Defendants' conduct, acts and omissions were the direct and proximate or legal cause of the shooting and subsequent death of the decedent.

WHEREFORE, the premises considered, Plaintiffs pray for judgment against Defendants, named and/or fictitiously described for such damages above the jurisdictional minimum of this Court plus interest and costs.

### Count Two

12. Plaintiffs re-allege all prior paragraphs of the Complaint as if set out here in full.

13. At all times mentioned Defendant Donald Edward Ford and Fictitious Defendants "A", "B", and "C" were the employees, owners and/or operators of Don's Fine Foods.

14. Plaintiffs are informed and believe and based thereon allege that on March 8, 2005, Defendant Donald Edward Ford maliciously shot the decedent while the decedent was inside Don's Fine Foods and continued to shoot the decedent as he was fleeing from said store. At said time and place, Defendant Donald Edward Ford was acting as the agent and/or servant of Don's Fine Foods.

15. The decedent died as a direct result of the injuries received from the gunshots.

16. Defendants' conduct, acts, and omissions were negligent or were willful and reckless or constituted gross negligence and/or wantonness. Defendants' conduct, acts and omissions were the direct and proximate or legal cause of the shooting and subsequent death of the decedent.

WHEREFORE, the premises considered, Plaintiffs pray for judgment against Defendants, named and/or fictitiously described for such damages above the jurisdictional minimum of this Court plus interest and costs.

Plaintiffs Demand Trial by Struck Jury on All Issues So Triable.

Respectfully Submitted,

/s/ Valerie Rucker Russell
BRIAN P. STRENGTH (STR052)
VALERIE RUCKER RUSSELL (RUS038)
JOCK M. SMITH (SMI047)
Attorneys for Plaintiff

OF COUNSEL:
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

/s/ Valerie Rucker Russell
Of Counsel

-4-

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| PETER JAMES AND JULIA JAMES AS THE PERSONAL REPRESENTATIVES OF THE ESTATE OF KINTAE OMAR JAMES, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD EDWARD FORD, DON'S FINE FOODS, et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: CV 07-41<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on Motion for Service by Special Process Server to serve Defendant, Donald Edward Ford. The Court, having considered the same, hereby GRANTS the Plaintiffs' Motion.

It is therefore ORDERED, ADJUDGED and DECREED that

1. Attorney Services & Legal Investigations, LLC located at 936 Second Avenue, Columbus, GA, 31901 is be designated and appointed as Special Process Server.

2. That the Clerk of this Court shall deliver to Attorney Services & Legal Investigations, LLC the Summons and Complaint filed in this matter so that Attorney Services & Legal Investigations, LLC may serve the same upon the Defendant, Donald Edward Ford.

Done this the 27th day of July, 2007.

_____
CIRCUIT JUDGE

cc: Valerie Rucker Russell

AVSO300

**ALABAMA JUDICIAL DATA CENTER**
**RUSSELL COUNTY**
**SUMMONS**

CV 2007 000041.00
ALBERT L. JOHNSON

IN THE CIRCUIT COURT OF RUSSELL COUNTY

PETER JAMES ET AL VS DONALD EDWARD FORD ET AL

SERVE ON: (D002)

DON'S FINE FOODS
DONALD EDWARD FORD
2206 FOURTH AVENUE
PHENIX CITY, AL 36867-0000

PLAINTIFF'S ATTORNEY
RUSSELL VALERIE RUCKER
PO BOX 830419
TUSKEGEE, AL 36083-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF'S ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.

(X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 07/31/2007

CLERK: KATHY COULTER
PO BOX 518
PHENIX CITY AL 36868-0510
(334)298-0516
BY _____

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
(RETURN RECEIPT HERETO ATTACHED)

(X) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO _Donald Edward Ford_
IN _Muscogee_ COUNTY, _Georgia_ ON (DATE) _08/16/07 12:15p_

DATE _08/15/07_
SERVER ADDRESS _936 Second Ave, Columbus GA 31901_
SERVER SIGNATURE _[signature]_
TYPE OF PROCESS SERVER _Personal_

OPERATOR: JBC
PREPARED: 07/31/2007

# AFFIDAVIT OF SERVICE

State of Alabama        County of Russell        Circuit Court

Case Number: CV 07-41

Plaintiff:
PETER JAMES AND JULIA JAMES AS THE PERSONAL REPRESENTATIVES OF THE ESTATE OF KINTAE OMAR JAMES, DECEASED

vs.

Defendant:
DONALD EDWARD FORD, DON'S FINE FOODS, Fictitious Defendants "A", "B", & "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries & damages to the plaintiff's, all of whose true &

For:
Valerie Russell
COCHRAN, CHERRY, GIVENS & SMITH
P.O. Box 830419
Tuskegee, AL 36083

Received by Attorney Services & Legal Inv., LLC on the 15th day of August, 2007 at 10:30 am to be served on DONALD EDWARD FORD, RALSTON TOWER, 211 12TH STREET, APT 911, COLUMBUS, GA 31901.

I, FRANKY A. HICKS, CPS, being duly sworn, depose and say that on the 15th day of August, 2007 at 12:15 pm, I:

personally served the within person with a true copy of the SUMMONS, COMPLAINT

I certify that I am a Citizen of the United States, I am over 18 years of age, have no interest in the above action and I am a Court Appointed Process Server in the court and county in which the action was filed.

FRANKY A. HICKS, CPS
Process Server

Subscribed and Sworn to before me on the 15th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires 7/28/2010

Attorney Services & Legal Inv., LLC
Aslllc.Com
936 2nd Ave.
Columbus, GA 31901
(706) 322-3554
Our Job Serial Number: 2007000533

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.1n

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| PETER JAMES AND JULIA JAMES as the Personal Representatives of the Estate of KINTAE OMAR JAMES, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD EDWARD FORD, DON'S FINE FOODS, et al.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>CV-2007-041 |

### NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW the Defendant, Donald Edward Ford, individually and d/b/a Don's Fine Foods, a sole proprietorship, and hereby gives notice to the Clerk of Court of Russell County, Alabama, and the parties hereto that said Defendants have removed this case to the United States District Court for the Middle District of Alabama, Eastern Division. The contents of the Notice of Removal, a copy of which is made an exhibit hereto, are hereby adopted and reincorporated as if fully set forth herein.

Respectfully submitted this the 14th day of September, 2007.

                                                        /s/ Michael L. White
                                                      T. RANDALL LYONS (LYO006)
                                                      MICHAEL L. WHITE (WHI095)



EXHIBIT B

OF COUNSEL:

WEBSTER, HENRY, LYONS & WHITE, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been duly served upon the below named by placing a copy thereof in the United States Mail, postage prepaid, and properly addressed on this the 14th day of September, 2007.

Brian P. Strength
Valerie Rucker Russell
Jock M. Smith
Cochran, Cherry, Givens & Smith
Post Office Box 830419
Tuskegee, Alabama 36083

                                              /s/ Michael L. White
                                              OF COUNSEL

STATE OF ALABAMA            )
                            )
MONTGOMERY COUNTY           )


### AFFIDAVIT OF MICHAEL L. WHITE

BEFORE ME, the undersigned Notary Public in and for said state and county, personally appeared Michael L. White, who is known to me and being by me first duly sworn, deposes and says as follows:

1.  My name is Michael L. White. I am one of the attorneys representing Donald W. Ford, doing business as Don's Fine Foods, a sole proprietorship.

2.  I have this date called the office of the Judge of Probate for Russell County, Alabama, at 334-298-7171. During that conversation I confirmed that the Estate of Kentae Omar James has been filed in Russell County, Alabama. I have requested, in writing, a certified copy of the Probate filing, and attach hereto a copy of that request.

Further affiant saith not.

_____
MICHAEL L. WHITE

1


EXHIBIT C

STATE OF ALABAMA )

*Montgomery* COUNTY )

I, *Patricia Dykes*, a Notary Public, in and for said State and County, hereby certify that **Michael L. White,** whose name is signed to the foregoing, and who is known to me, acknowledged before me on this date that being informed of its content, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this *14th* day of September, 2007.

[SEAL]

*Patricia Dykes*
NOTARY PUBLIC
My Commission Expires: *04-16-2011*

2

# WEBSTER, HENRY, LYONS & WHITE, P.C.
## ATTORNEYS AT LAW

WILLIAM H. WEBSTER
D. MITCHELL HENRY
T. RANDALL LYONS
MICHAEL L. WHITE
KIMBERLY S. DESHAZO
MARK E. IRBY *
G. BARON COLEMAN**
J. BRADLEY PONDER

418 SCOTT STREET
POST OFFICE BOX 239
MONTGOMERY, AL 36101

TELEPHONE: 334-264-9472
FACSIMILE: 334-264-9599
WWW.WHLWPC.COM

EAST ALABAMA OFFICE:
AUBURN BANK CENTER
132 NORTH GAY STREET
SUITE 211
AUBURN, AL 36830

*ALSO ADMITTED IN GEORGIA
** ALSO ADMITTED IN FLORIDA

September 14, 2007

Honorable Albert A. Howard, Jr.
Russell County Judge of Probate
Post Office Box 700
Phenix City, Alabama 36868-0700

Re:  The Estate of Kentae Omar James
     Date of Death: March 8, 2005

Dear Judge Howard:

I am writing to request a certified copy of all filings made with regard to the Estate of Kentae James. I talked with a very nice lady in your office today to confirm the existence of that Estate.

Once the amount owed for our copy of the Estate records is known, if you would please advise I will send you a check in that amount.

Please feel free to call if you have any questions with regard to this request.

Best Regards,

Michael L. White

MLW\pd

EXHIBIT
D

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000451
Cashier ID: cstrecke
Transaction Date: 09/14/2007
Payer Name: WEBSTER HENRY LYONS AND WHITE
------------------------------------
CIVIL FILING FEE
 For: WEBSTER HENRY LYONS AND WHITE
 Case/Party: D-ALM-3-07-CV-000835-001
 Amount:          $350.00
------------------------------------
CHECK
 Remitter: WEBSTER HENRY
 Check/Money Order Num: 14997
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```

DALM307CV000835-WKW

JAMES ET AL V FORD ET AL

WEBSTER HENRY LYONS AND WHITE

P O BOX 239

MONTGOMERY, AL  36101-0239