**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 18, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   James et al v. Ford et al
      Civil Action No. 3:07-cv-00835-WKW

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now  *3:07-cv-00835-MEF*.

This new case number should be used on all future correspondence and pleadings in this action.