# N THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) | |
| **as the personal representatives of the** ) | |
| **ESTATE of KINTAE OMAR JAMES,** ) | |
| **deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:07-cv-00835-MEF |
| **DONALD EDWARD FORD, DON'S** ) | |
| **FINE FOODS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, Donald Edward Ford, in this action, and files this Conflict Disclosure Statement. Mr. Ford has also been sued by the name of his sole proprietorship, Don's Fine Food, which was a former business he operated. However, said business was closed and then all stock and goods were sold subsequent to December 31, 2005.

Don Ford is an individual.

Respectfully submitted,

/s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of September 21, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Brian Strength
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                       /s/ T. Randall Lyons
                                   OF COUNSEL