N THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

PETER JAMES and JULIA JAMES )
as the personal representatives of the )
ESTATE of KINTAE OMAR JAMES, )
deceased, )
                              )
    Plaintiffs, )
                              )
v. )   Civil Action No.:
                              )   3:07-cv-00835-MEF
DONALD EDWARD FORD, DON'S )
FINE FOODS, et al., )
                              )
    Defendants. )

## MOTION TO STAY LITIGATION

COMES NOW the Defendant, Donald Edward Ford, by and through his attorney of record, and respectfully request the Court to stay the civil litigation in this matter. As reasons therefore, the Defendant would state as follows:

This case arises out of an incident where the Defendant allegedly shot the Plaintiffs' decedent. In light of this claim, the Defendant has been criminally charged with murder as well as other charges. Therefore, the Defendant would not be able to testify in the civil case due to fear of jeopardizing his criminal case.

Therefore, the Defendant would respectfully request the Court to allow this civil matter to be stayed until the criminal matter is adjudicated.

Further, Plaintiff's counsel has no objection to said motion.

Respectfully submitted,

    /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date of October 1, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Brian Strength
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

    /s/ T. Randall Lyons
OF COUNSEL