IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PETER JAMES, *et al.*, | ) |
| | ) |
|    PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-835-MEF |
| | ) |
| DONALD EDWARD FORD, *et al.*, | ) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Motion to Stay Litigation (Doc. # 7). This motion was filed on October 1, 2007 by Donald Edward Ford, one of the defendants named in the Complaint. Invoking his rights under the Fifth Amendment, Ford, who is facing criminal charges for the incident out of which this case arises, asks this Court to stay this action until the criminal matter is adjudicated. Plaintiff's counsel does not object to the requested stay. The Court is satisfied that the requested stay should be granted.

Accordingly, it is hereby ORDERED as follows:

1. The Motion to Stay Litigation (Doc. # 7) is GRANTED.

2. This case is STAYED until further order of this Court.

3. Counsel for Ford is ORDERED to file monthly status reports on the status of the adjudication of the criminal charges against Ford. Each status report shall contain any available information about the status of the criminal charges against Ford and the anticipated trial date for those charges. Should Ford learn at any time that the charges against

him are to be dropped or dismissed, he shall immediately inform the Court.  Ford's status reports shall be filed **on the first Tuesday of every month** until such time as the stay can be lifted in this case.  The first such report shall be filed on **November 6, 2007**.

DONE this the 3rd day of October, 2007.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE