**IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION**

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) <br> as the personal representatives of the <br> **ESTATE OF KINTAE OMAR** ) <br> **JAMES, DECEASED** <br> ) <br>     **Plaintiffs,** <br> ) <br> **vs.** <br> ) <br> **DONALD EDWARD FORD, DON'S** <br> **FINE FOODS, et al.,** ) <br>     **Defendants.** ) | **CIVIL ACTION NO.:** <br> **3:07-cv-00835-MEF** |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** the Plaintiffs, Peter James and Julia James, as the personal representatives of the Estate of Kintae Omar James, deceased, and file this Conflict Disclosure Statement. Peter James and Julia James are both individuals who have been appointed by the Russell County, Alabama Judge of Probate as the personal representatives of the estate of Kintae Omar James, who is their deceased son.

Respectfully Submitted,

/s/ Valerie Rucker Russell
VALERIE RUCKER RUSSELL (RUS038)
Attorneys for Plaintiff**s**

**OF COUNSEL:**
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of November 29, 2007, electronically filed the foregoing with the Clerk of Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

T. Randall Lyons  
Webster, Henry, Lyons, & White, PC  
Post Office Box 239  
Montgomery, AL 36101

                                      /s/ Valerie Rucker Russell  
                                      Of Counsel