N THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) | |
| **as the personal representatives of the** ) | |
| **ESTATE of KINTAE OMAR JAMES,** ) | |
| **deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:07-cv-00835-MEF |
| **DONALD EDWARD FORD, DON'S** ) | |
| **FINE FOODS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT

COMES NOW the Defendant, Donald Ford, by and through his attorney of record, and submits the second status report to state that the criminal matter is still pending in the Circuit Court of Russell County and there has been no action since the prior status report.

Respectfully submitted,

         /s/ T. Randall Lyons          
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of November 30, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Brian Strength
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                          /s/ T. Randall Lyons
                                          OF COUNSEL