**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) | |
| as the personal representatives of the ) | |
| **ESTATE of KINTAE OMAR JAMES,** ) | |
| deceased, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | **3:07-cv-00835-MEF** |
| **DONALD EDWARD FORD, DON'S** ) | |
| **FINE FOODS, et al.,** ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

COMES NOW the Defendant, Donald Ford, by and through his attorney of record, and pursuant to this Court's order issues the following status for the month of December:

It is our understanding from counsel that the criminal matter is set for a status hearing in February of 2008. Thus, status will remain unchanged most likely until February of 2008.

Respectfully submitted,

/s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

     I hereby certify that I have this date of December 18, 2007, electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Brian Strength
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                            /s/ T. Randall Lyons
                                            OF COUNSEL