### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) <br> **as the personal representatives of the** ) <br> **ESTATE of KINTAE OMAR JAMES,** ) <br> **deceased,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DONALD EDWARD FORD, DON'S** ) <br> **FINE FOODS, et al.,** ) <br> ) <br>     **Defendants.** ) | Civil Action No.: <br> 3:07-cv-00835-MEF |

### STATUS REPORT

COMES NOW the undersigned, T. Randall Lyons, and prepares this status report as requested by the Court.

The criminal case was passed from the February term of court. The undersigned has just learned that the trial judge has recused himself from the case. Therefore, a new trial judge is being reassigned.

The undersigned will keep the Court aware of any future findings.

                                                     Respectfully submitted,

                                                     /s/ T. Randall Lyons
                                                   T. RANDALL LYONS (LYO006)
                                                   Attorney for Donald Edward Ford d/b/a
                                                   Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599


## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of February 26, 2008 electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Brian Strength
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                                  /s/ T. Randall Lyons
                                                  OF COUNSEL