# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) <br> as the personal representatives of the ) <br> **ESTATE of KINTAE OMAR JAMES,** ) <br> **deceased,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DONALD EDWARD FORD, DON'S** ) <br> **FINE FOODS, et al.,** ) <br> ) <br> **Defendants.** ) | **Civil Action No.:** <br> **3:07-cv-00835-MEF** |

## MOTION TO WITHDRAW

Brian P. Strength files this motion to withdraw as counsel of record for Plaintiffs. The undersigned is no longer associated with the law firm of Cochran, Cherry, Givens & Smith, P.C. The plaintiffs will continue to be represented by Jock Smith and Valerie Russell.

          Respectfully submitted,

          /s/ Brian P. Strength
          Brian P. Strength (STR052)
          Attorney for Plaintiffs

**OF COUNSEL:**
Brian P. Strength
Attorney At law
P.O. Box 830810
Tuskegee, Alabama 36083
Tel: (334) 750-0157
Fax: (334) 727-0000

CERTIFICATE OF SERVICE

      I hereby certify that on this date a copy of the above and foregoing pleading has been served upon the following listed persons by electronic notification this the 26th day of February, 2008:


Randy Lyons
Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101

Valerie Russell
P.O. Box 830810
Tuskegee, AL 36083


                                        /s/ Brian P. Strength
                                        OF COUNSEL