IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PETER JAMES, as the personal representative of the Estate of Kintae Omar James, *et al.*, )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DONALD EDWARD FORD, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 3:07-cv-835-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #17) filed on February 26, 2008 by Brian P. Strength, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 3rd day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE