# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) | |
| **as the personal representatives of the** ) | |
| **ESTATE of KINTAE OMAR JAMES,** ) | |
| **deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 3:07-cv-00835-MEF |
| **DONALD EDWARD FORD, DON'S** ) | |
| **FINE FOODS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT

COMES NOW the Defendant, Donald Edward Ford d/b/a Don's Fine Foods, by and through his attorney of record, and files the following status report:

At this time, it is our understanding that the circuit judge handling the criminal matter recused himself and there is a new circuit judge in the case.

It is also the undersigned's understanding that there is a status hearing in the matter on April 24, 2008.

The undersigned will continue to keep the Court informed.

Respectfully submitted,

    /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date of March 28, 2008 electronically filed the foregoing with the Clerk of the Court using the State of Alabama's electronic filing system which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                         /s/ T. Randall Lyons
                                         OF COUNSEL