# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **PETER JAMES and JULIA JAMES** ) <br> **as the personal representatives of the** ) <br> **ESTATE of KINTAE OMAR JAMES,** ) <br> **deceased,** ) <br>  ) <br>     **Plaintiffs,** ) <br>  ) <br> v.  ) <br>  ) <br> **DONALD EDWARD FORD, DON'S** ) <br> **FINE FOODS, et al.,** ) <br>  ) <br>     **Defendants.** ) | Civil Action No.: <br> 3:07-cv-00835-MEF |

## STATUS REPORT

COMES NOW the undersigned, T. Randall Lyons, and prepares this status report as requested by the Court.

Donald Edward Ford pleaded guilty to a misdemeanor charge. Thus, the criminal matter has been resolved.

Respectfully submitted,

    /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
P.O. Box 239
Montgomery, Alabama 36101
334-264-9472
334-264-9599

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 1st day of August, 2008, electronically filed the foregoing document with the Clerk of the Court using the State of Alabama's electronic filing system, which will send notification and a copy of such filing to the following counsel of record:

Valerie Russell
Jock Smith
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

                                            /s/ T. Randall Lyons
                                            OF COUNSEL