IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PETER JAMES, as the personal representative of the Estate of Kintae Omar James, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )  CASE NO. 3:07-cv-835-MEF |
| | ) |
| DONALD EDWARD FORD, *et al.*, | )<br>) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that the stay imposed in this case on October 3, 2007 is LIFTED.

DONE this the 4th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE