# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

PETER JAMES and JULIA JAMES )
as the personal representatives of the )
ESTATE of KINTAE OMAR JAMES, )
deceased, )
                                     )
    Plaintiffs, )
                                     )
v. )   Civil Action No.:
                                     )   3:07-cv-00835-MEF
DONALD EDWARD FORD, DON'S )
FINE FOODS, et al., )
                                     )
    Defendants. )

## REPORT OF THE PARTIES PLANNING MEETING

COME NOW the parties in the above referenced case and list the following Rule 26(f) discovery plan:

1. Following persons participating in Rule 26(f) Conference:

    Valerie Russell for Plaintiff.

    T. Randall Lyons for Defendant.

2. Initial Disclosures:

    - The parties will complete initial disclosures that are required by Rule 26(a)(1) by September 30, 2008.

3. Discovery Plan:

    The parties purpose the following discovery plan:

    - Discovery will be needed on the issues of negligence and/or wantonness and the facts regarding the Plaintiff's claims.

- Discovery will be completed by August 1, 2009.
- The maximum number of Interrogatories by each party will be 50 and they will be due thirty days after submission.
- The maximum number of Request for Admissions by each party will be 25 and they will be due thirty days after submission.
- The maximum number of depositions by each party will be six per party. Limits of depositions will be three hours each.
- Dates for exchanging reports of expert witnesses:
    - Plaintiff – On or before May 1, 2009.
    - Defendant – On or before June 1, 2009.
- The parties request a date of approximately September 15, 2009 for the pretrial conference.
- The final date to amend the pleadings or adjoin other parties would be December 1, 2008.
- Final date to file dispositive motions would be 90 days prior to pretrial.
- On or before July 1, 2009, each party shall pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure exchange the names, addresses, and telephone numbers of all witnesses except witnesses solely for impeachment purposes separately indentifying those who the party expects to present and those whom the party may call if the need arises.

- On or before, August 1, 2009, the parties shall indentify any part of any depositions or any other documents the party expects to use at trial. Adverse parties shall within one week thereafter indentify any responsive parts of depositions expected to be used and a party shall within three days of the designation of such responsive parts designate any part which is desired as rebuttal thereto.

- On or before September 1, 2009, the parties shall pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure furnish opposing counsel for copying and inspecting of all exhibits or tangible evidence to be used at the trial. Offering counsel shall have such evidence marked for identification prior to trial. Unless specifically agreed between the parties or allowed by the court for good cause shown, the parties shall be precluded from offering such evidence not so furnished and indentified with the exception of evidence to use solely for the purpose of impeachment. Except to the extent written objections are served and filed no later than September 15, 2009, the evidence shall be deemed genuine and admissible as evidence. The written objections shall set forth grounds and legal authorities. All trial exhibits must be premarked prior to the trial.

4. Trial:

Suggested trial date would be the trial term beginning October 19, 2009.

Estimate of trial length would be two days.

Respectfully submitted,


      /s/ Valerie Russell
VALERIE RUSSELL
Attorney for Plaintiff



      /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Donald Edward Ford d/b/a
Don's Fine Foods